AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
| --- | --- |
| v. | ) |
| Alejandro Torres Estrada | ) Case No. |
| | ) 1:25-mj-00267-DKG |
| | ) |
| | ) |
| Defendant | ) |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 15 2025

RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alejandro Torres Estrada
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date:   10/15/2025

*Issuing officer's signature*

City and state:   Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10.15.2025, and the person was arrested on *(date)* 10.19.2025
at *(city and state)*   Wilder, ID

Date:   10.19.2025

*TMC*
*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

Case 1:25-mj-00267-DKG     Document 3     Filed 10/15/25     Page 2 of 2

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Alejandro Torres Estrada
Known aliases:
Last known residence: 1107 N Elizabeth Street, Milton Freewater, OR 97862
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Mexico
Date of birth: 02/26/1969
Social Security number:
Height: _____ Weight: _____
Sex: Male          Race: _____
Hair: _____ Eyes: _____
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: